**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re Allstate Insurance Company<br>Fair Labor Standards Act Litigation | MDL No. 1541  (2:03md1541)<br><br>ALL CASES |

ORDER REGARDING EDWARD CZARNECKI'S VOLUNTARY DISMISSAL

Pursuant to the Stipulation re Withdrawal of Consent to Join Form of Edward Czarnecki (docs. #202 and #203),

IT IS ORDERED as follows:

(1) That the Withdrawal of Consent to Join Form of Edward Czarnecki (doc. #191) is withdrawn and that Edward Czarnecki's claims in this action against Allstate Insurance Company, Allstate Property and Casualty Insurance Company, and Allstate Indemnity Company (collectively "Allstate") are voluntarily dismissed without prejudice in light of Czarnecki's agreement to refrain from asserting, either on his own behalf or as a member of a collective action, any claim for overtime pay he might have against Allstate under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.,* for any events that occurred during his employment with Allstate up to October 17, 2007;

(2) That this order shall not affect any claim Edward Czarnecki might have

under any law other than the Fair Labor Standards Act including, but not limited to, the claims that Czarnecki is currently litigating against Allstate for overtime pay in *Nettles, et al. v. Allstate Ins. Co., et al.,* No. 02 CH 14426 (Ill. Cir. Ct. Cook Cty).

(3) That Defendants' Motion to Strike the Withdrawal of Consent to Join Form of Opt-in Plaintiff Edward Czarnecki (doc. #198) is withdrawn.[1]

DATED this 18th day of October, 2007.

Paul G. Rosenblatt
United States District Judge

---

[1] Although the parties also stipulated that Defendants' Motion to Determine Basis on Which Plaintiffs Should be Permitted to Dismiss Claims (doc. #199) is moot as to Edward Czarnecki, that motion never involved Czarnecki as the Court required the defendants to file a separate motion regarding Czarnecki.